# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOVAN MIGUEL BATTLE, # Y-12714, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-cv-1165-NJR |
| K. SMOOT, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Jovan Miguel Battle, an inmate incarcerated at Shawnee Correctional Center at the time of filing, brings this action pursuant to 42 U.S.C. § 1983. (Doc. 1).

Plaintiff filed a motion for leave to proceed in District Court without prepaying fees or costs ("IFP"). (Doc. 2). Plaintiff's IFP Motion was denied on November 6, 2017. (Doc. 5). Plaintiff was ordered to pay the filing fee within 30 days and was warned that failure to comply would result in dismissal of the action. *Id.* A copy of the order was mailed to Petitioner at the address on file with the Court. However, the mail was returned as undeliverable.[1]

The deadline for paying the full filing fee has now passed without any communication from Petitioner.

Accordingly, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. FED. R. CIV. P. 41(b). *See generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). This dismissal shall not count as a "strike" under 28 U.S.C. § 1915(g).

---

[1] When this action was opened, Plaintiff was warned that he has a continuing obligation to keep the Court informed of any change of address. (Doc. 4). The IDOC's offender website indicates that Plaintiff was paroled on November 2, 2017.

Petitioner's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk shall **CLOSE THIS CASE** and enter judgment accordingly.

If Petitioner wishes to appeal this dismissal, his notice of appeal must be filed with this Court within thirty days of the entry of judgment. FED. R. APP. P. 4(a)(1)(A). A motion for leave to appeal *in forma pauperis* should set forth the issues Petitioner plans to present on appeal. *See* FED. R. APP. P. 24(a)(1)(C). If Petitioner does choose to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Moreover, if the appeal is found to be nonmeritorious, Petitioner may also incur another "strike." A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of the judgment and this 28-day deadline cannot be extended.

**IT IS SO ORDERED.**

**DATED: 12/18/2017**

/s Nancy J. Rosenstengel
United States District Judge